**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**


WILLIE CHARLES TOWNER, #k7192                                    PETITIONER

vs.                                                  Civil Action No. 3:04-cv-751 HTW-JCS

E. BRADLEY, ET AL.                                                 RESPONDENTS


**<u>FINAL JUDGMENT</u>**


This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same, hereby orders that the petition for writ of habeas corpus is dismissed with prejudice.  The above-styled and numbered cause is fully and finally dismissed with prejudice.


**SO ORDERED, THIS THE 30th day of March, 2007.**

**s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE**